1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7        FOR THE WESTERN DISTRICT OF WASHINGTON
                          AT SEATTLE
8
9
HANNA V. CONGER,
10                                              Case No. C17-1270RSM
                Plaintiff,
11
12    v.                                        MINUTE ORDER STRIKING MOTION
13
14    K&D FISHERIES LLC, *et al*.,
15                Defendants.
16

17          The following MINUTE ORDER is made by direction of the Court, the Honorable

18    Ricardo S. Martinez, Chief United States District Judge:
19
20          On October 15, 2017, Defendant K&D Fisheries LLC filed its Answer to the

21    Complaint in this matter.  Dkt. #18.  The next day, the same Defendant filed a Motion to

22    Dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure
23
24    12(b)(2), or in the alternative, for improper venue pursuant to Rule 12(b)(3).  Dkt. #19.

25          Federal Rule of Civil Procedure 12(b) sets out seven defenses that must be asserted in

26    a responsive pleading if one is required.  The Rule further provides that a "motion asserting
27
28    any of these defenses **must be made before pleading if a responsive pleading is allowed.** .

29    . . Fed. R. Civ. Pro. 12(b) (emphasis added).  The Federal Rules of Civil Procedure are clear

30


MINUTE ORDER– 1

that the defenses now raised by Defendant must be asserted in a motion filed prior to filing the Answer to the Complaint. Defendant did not do so.

Accordingly, the Court STRIKES Defendant's pending Motion to Dismiss (Dkt. #19) as untimely.

DATED this 17th day of October, 2017.

WILLIAM McCOOL, Clerk

By:     /s/ Paula McNabb
        Deputy Clerk